# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSE ANTONIO RODRIGUEZ-TORRES,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR SAMUEL OLSEN *et al.*,<br><br>Defendants. | No. 26-cv-01152<br><br>Judge John F. Kness |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Case dismissed without prejudice based on lack of jurisdiction.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge John F. Kness at the Court's instance on entry of an order of dismissal without prejudice.

Date: February 11, 2026

*[signature]*
JOHN F. KNESS
United States District Judge